ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Ultra Electronic Ocean Systems, Inc. | ) ASBCA Nos. 62804, 62946 |
| | ) |
| Under Contract No. N66604-13-C-1026 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas A. Lemmer, Esq.
                                   Phillip R. Seckman, Esq.
                                   Lisette S. Washington, Esq.
                                     Dentons US LLP
                                     Denver, CO

APPEARANCES FOR THE GOVERNMENT:     Craig D. Jensen, Esq.
                                      Navy Chief Trial Attorney
                                    Richard C. Dale, II, Esq.
                                    Audra L. Medeiros, Esq.
                                      Trial Attorneys
                                      Navy Undersea Warfare Center
                                      Newport, RI

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 18, 2022

_____
TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62804, 62946, Appeal of Ultra Electronic Ocean Systems, Inc., rendered in conformance with the Board's Charter.

Dated: July 21, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals